**FILED**

APR 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JIMENEZ,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | No. C 11-00028 JW (PR)<br><br>JUDGMENT |

For the reasons stated in the order of dismissal, this action is DISMISSED for failure to state a claim. Judgment is entered accordingly.

The clerk shall close the file.

DATED: April 15, 2011

JAMES WARE
United States District Chief Judge

Judgment
P:\PRO-SE\SJ.JW\HC.11\00028Jimenez_judgment.wpd